GERSETA CORPORATION and Another v. THE SILK ASSOCIATION OF AMERICA and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THE TITLE GUARANTEE AND TRUST COMPANY, as Administrator, etc., and as Trustee, etc., of JOHN SLATER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of THEODORUS BAILEY, for an Order Requiring ROBBINS S. RUTHERFORD (Respondent), an Attorney, to Return Certain Moneys. JOHN W. REMER, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE K. SCOTT v. GRAHAM SCOTT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KYRIACOS SINANIDES v. CHRIST P. CASSAPOGLOU and Others.— Motion granted so far as to reduce the amount of the bond required of plaintiff to the sum of $500, and that plaintiff have five days from service of a copy of order within which to furnish said bond. Present—Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADOLPH TISCHLER v. ABRAM FEINBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ELIZABETH GODBOLD, as Administratrix, etc., v. LINK TAXI CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

LEOPOLD HOLDING CORPORATION v. ANNA L. WROATH, Appellant, and LEOPOLD ZIRINSKY and Others, Respondents, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

RICHARD H. HOFFMAN v. JANET B. HOFFMAN.— Motion denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

PATRICK WHITE v. WILLIAM ZAVELOFF.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JENNIE BEACH GASPER, as Cotrustee, etc., v. JAMES ALBERT WALES, as Cotrustee, etc., and STANLEY Y. BEACH.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

DAVID ROTHMAN, as Administrator, etc., of JOSEPH G. ROTHMAN, Deceased, v. PENNSYLVANIA RAILROAD COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present—Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MORRIS PERLMAN v. ROSE SHAPIRO, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MILLER.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.